AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Amber Foley<br><br>*Defendant(s)* | Case No. |

FILED
2018 JAN 18 P 12: 01
DISTRICT COURT
HARTFORD CT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2, 2017__ in the county of __New Haven__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit of SA Jordan Oliveira, Special Agent with the Department of Homeland Security

☑ Continued on the attached sheet.

*Complainant's signature*

SA Jordan Oliveira, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ DFM

Date: January 18, 2018

*Judge's signature*

City and state: Hartford, Connecticut

Hon. Donna F. Martinez, U.S. Magistrate Judge
*Printed name and title*