UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 3:18MJ42(DFM) |
| AMBER FOLEY | : | January 18, 2018 |

GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.  Eligibility of Case

This case is eligible for pretrial detention because it involves:

_X___   a crime of violence as defined in Title 18, United States Code, Section 3156 or an offense listed in Title 18, United States Code, Section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

_____   an offense for which the maximum sentence is life imprisonment or death;

_____   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 *et seq*.), the Controlled Substances Import and Export Act (21 U.S.C. 951 *et seq*.), or the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 *et seq*.);

_____   a felony committed after the defendant has been convicted of two or more offense [described in the preceding three categories] or [two or more State or local offenses that would have been in any of the preceding three categories if a circumstance giving rise to Federal jurisdiction had existed], [or a combination of such offenses];

     ____    a serious risk that the defendant will flee;

     ____    a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.    Reason for Detention

The court should detain defendant because there are no conditions of release which will reasonably assure:

   X    the defendant's appearance as required; and/or

   X    the safety of any other person and the community.

III.    Rebuttable Presumption

The Government will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies because:

   ____    the defendant has been convicted of a Federal offense described in 18 U.S.C. §3142(f)(1) or of a State or local offense that would have been an offense described in § 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

   ____    an offense described in 18 U.S.C. § 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

   ____    a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in 18 U.S.C. § 3142(e)(1), whichever is later; or

   X    there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the

Controlled Substances Act (21 U.S.C. §801 *et seq.*), the Controlled Substances Import and Export Act (21 U.S.C. §951 *et seq.*), the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 *et seq.*), or an offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or offenses listed in §2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed, or an offense involving a minor victim under 18 U.S.C. §§1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

IV. <u>Time for Detention Hearing</u>

The Government requests that the court conduct the detention hearing:

\_\_\_\_ at the defendant's first appearance;

__X__ after a continuance of 1 day ( hearing currently scheduled for 1/19/2018 at 11:00 a.m.)

 

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Nancy V. Gifford*


NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct16324
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101

CERTIFICATION OF SERVICE

      I HEREBY CERTIFY that on January 18, 2018, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Nancy V. Gifford*

_____
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY