UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  18MJ042(DFM) |
| AMBER FOLEY | : | February 20, 2018 |

## CONSENT

### RE: Preliminary Hearing and Time to Indict

I, Amber Foley, hereby consent pursuant to Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161, to extending the government's time to issue an indictment an additional 60 days.

_____         _____
Amber Foley                                              Date  2/20/18

_____         _____
Tracy L. Frederick                                     Date  2/20/18

Federal Defender
Federal Bar Number: phv08520
10 Columbus Blvd., Fl 6
Hartford, CT 06106
(860) 493-6260

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

_____
Tracy L. Frederick