UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.   18MJ042(DFM) |
| AMBER FOLEY | : | May 10, 2018 |

## CONSENT MOTION TO AMEND PRETRIAL RELEASE CONDITIONS

The Defendant, Amber Foley, respectfully moves to amend her pretrial release conditions. Ms. Foley seeks permission to have internet access in the presence of her mother for the sole purpose of completing employment applications.  Ms. Foley lost her job this past weekend, and needs to apply for a new position as soon as possible.

On January 19, 2018, Ms. Foley was released on conditions after being charged in a complaint with one count of distribution of child pornography, in violation of 18 U.S.C. §2252(a)(2).  Ms. Foley does not drive, and until recently her mother was driving her from Meriden to her place of employment in West Hartford.  Her mother's vehicle broke down and is currently inoperable, and Ms. Foley has been relying on costly Uber rides to get to work.  This past weekend, her Uber was late, and as a result she was late for work and terminated.

With the permission of probation she went out with a representative of the Federal Defender's office on May 7, 2018, to put in applications for employment.  Both potential employers indicated that applications must be completed online.  She is fully compliant with all conditions of pretrial release.  United States Attorney Nancy V. Gifford, and Superving United States Probation Officer Brian J. Topor, have no objection to the granting of this motion.

WHEREFORE, the Defendant, Amber Foley, respectfully requests that the Court amend her pretrial release conditions to allow her to have internet access in the presence of her mother for the sole purpose of completing employment applications.

Respectfully submitted,

THE DEFENDANT,
AMBER FOLEY

TRACY L. FREDERICK
FEDERAL DEFENDER

Dated:   May 10, 2018                    /s/ Tracy L. Frederick
                                          Tracy L. Frederick
                                          Federal Defender
                                          10 Columbus Blvd, 6th FL
                                          Hartford, CT 06106
                                          Phone: (860) 493-6260
                                          Bar No.: phv08520
                                          Email: tracy_frederick@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/ Tracy L. Frederick

Tracy L. Frederick