UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury H-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:18CR 333 SRU |
| v. | VIOLATIONS: |
| AMBER FOLEY, a.k.a. "ANGEL BROWN" | 18 U.S.C. § 2251(a) (Production of Child Pornography) 18 U.S.C. § 2252A(a)(2) (Distribution of Child Pornography) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Production of Child Pornography)

1. From on or about June 27, 2017, until on or about October 2, 2017, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant AMBER FOLEY, also known as "ANGEL BROWN," did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, including but not limited to an image depicting the genitalia of a naked four-year-old female, whose identity is known to the Grand Jury, which visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions were actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO
(Distribution of Child Pornography)

2. From on or about June 27, 2017, until on or about October 2, 2017, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant AMBER FOLEY, also known as "ANGEL BROWN," did knowingly distribute material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including but not limited to an image depicting the genitalia of a naked four-year-old female, whose identity is known to the Grand Jury, which image had been shipped and transported using any means and facility of interstate and foreign commerce, including by cellular telephone.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## FORFEITURE ALLEGATION

3. Upon conviction of one or more of the offenses alleged in this Indictment, the defendant AMBER FOLEY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title, and interest in any property used or intended to be used to commit or facilitate the commission of the offense(s), all property constituting or traceable to proceeds obtained, directly or indirectly, from such offense(s), and all visual depictions described in Title 18, United States Code, Sections 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offense(s), including but not limited to one Android Smart Coolpad 3632A cellular phone, bearing IMEI number 862429030800005, which was provided to the Meriden Police Department on October 3, 2017.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been

substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Sections 2253, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY