## Exhibit B

## Government's Anticipated Exhibit List

| Government Exhibit | Description |
|---|---|
| 1 | **Hernandez Phone (physical phone)** |
| 2 | **Hernandez consent form** |
| 3 | **The forensic extraction of Hernandez's phone To remain in Government's or Court's possession throughout trial and any appeals due to the sensitive nature of the contents)** |
| 4 | **Messages and photographs exchanged between Herndandez and Amber Foley (unredacted)** |
| 4A | **Messages and photographs exchanged between Herndandez and Amber Foley (redacted)** |
| 5 | **Image of Minor Child 1  (unredacted)** |
| 5A | **Redacted image from Hernandez's phone** |
| 6 | **The forensic extraction of Amber Foley's phone (marked for ID.)  To remain in Government's possession throughout trial and any appeals due to the sensitive nature of the contents)** |
| 7 | **Amber Foley's Phone (physical phone)** |
| 8 | **Amber Foley written consent to search to MPD (unredacted)** |
| 9. | **Amber Foley's written statement to MPD (unredacted)** |
| 9A | **Amber Foley's written statement to MPD (redacted)** |
| 10. | **Selected messages and Images recovered from Foley's phone (unredacted)** |
| 10A | **Selected messages and Images recovered from Foley's phone (redacted)** |
| 10B | **Foley and Geo H chat from Foley's phone** |
| 10C | **Selected images recovered from Foley's phone** |
| 11.* | **Foley audio / video statement** |
| 12. | **Minor Child 1 birth certificate** |
| 12A | **Redacted birth certificate** |
| 13. | **Minor Child 2 birth certificate** |
| 13A | **Redacted birth certificate** |

| 14. | **Meet Me Foley Account information and messages (unredacted)** |
|---|---|
| **14A** | **Meet Me Foley Account information and messages (redacted)** |
| **14B** | **Foley MeetMe friends list, blocked list and comments** |
| **15.** | **Meet Me Hernandez Account information and messages** |
| **15A** | **Hernandez MeetMe profile** |
| **15B** | **Hernandez and Foley MeetMe chats** |
| **15C** | **Images sent to Hernandez provided by MeetMe (unredacted)** |
| **15D** | **Images sent to Hernandez provided by MeetMe (redacted)** |
| **16*.** | **Meet Me Messier Account information and messages** |
| **16A** | **Messier MeetMe Profile** |
| **16B** | **Messier and Foley MeetMe chats** |
| **16C** | **Messier and Brown MeetMe chats** |
| **17.** | **Intentionally left blank** |
| **18.** | **Intentionally left blank** |
| **19*.** | **Meet Me Brown Account information and messages** |
| **19A** | **Brown MeetMe Profile** |
| **19B** | **Brown MeetMe logins** |
| **20** | **Business records certification from MeetMe** |
| **21.** | **Messier Information** |
| **21A** | **Messier Plea** |
| **21B** | **Sealed document** |

**\*provided in electronic format**

## Court Exhibit

|  | **Cell Phone Stipulation** |
|---|---|