# EXHIBIT A

# Government's Anticipated Witness List

| | |
|---|---|
| **Hartford Police Department**<br>• Detective Megan Cirigliano<br><br>Address:<br>253 High Street, Hartford<br><br>(1 hour) | Detective Cirigliano will testify to events that occurred on October 2 and 3, 2017, including her receipt of the initial complaint from dispatch; contacting Geovanny Hernandez, meeting Geovanny Hernandez and reviewing the text messages on his phone, and collecting his cellphone. In addition, she performed investigative steps to identify a person named Amber Foley in Meriden who was consistent with the person exchanging messages with Hernandez.  Det. Cirigliano will testify that she contacted the Meriden Police Department and the Department of Children and Families. |
| **Meriden Police Department**<br><br>• Rob Nesci<br>• Angelo Stavrides<br><br>Address:  50 West Main Street, Meriden CT<br><br>(2 hours) | Law enforcement officers from the Meriden Police Department will testify about their role in the investigation of Amber Foley including going to Amber Foley's residence on October 2 and 3, 2017, interviewing Amber Foley and obtaining her written statement and her consent to take and review the contents of her phone, their personal observations of Amber Foley and MC1 and MC2. |

| | |
|---|---|
| **Department of Children and Families**<br><br>• **Sara Hanna**<br><br>**1 West Main Street, Meriden CT**<br><br>**(1.5 hours)** | **Sara Hanna will likely testify that she went to Amber Foley's residence with the Meriden Police Department and was present during admissions made by Amber Foley regarding distribution and production of images depicting the genitalia of MC1 and MC2. DCF employees may also testify about the ages and genders of MC1 and MC2.** |
| **Brendan Lundt , Special Agent with Homeland Security Investigations**<br><br>**Jordan Oliveira, Special Agent with Homeland Security Investigations**<br><br>**15 Court Street,<br>Suite 672<br>New Haven, CT**<br><br>**(4 hours)** | **Special Agents with HSI will testify about the investigation conducted by HSI including an audio/video recorded interview with Amber Foley in January 2018. In addition, the agents will testify about search warrants obtained from MeetMe for Amber Foley's account and how the investigation uncovered a second account used by Amber Foley but registered in the name "Angel Brown." The agents will also testify about text messages exchanged between Amber Foley and/or Angel Brown with David Messier, Ram M and Nick C**<br><br>**If the need arises (that is, if Ms. Foley testifies or otherwise provides contrary evidence), SA Oliveira will also testify about statements made by Ms. Foley during interviews conducted pursuant to proffer agreements.** |

|  |  |
|---|---|
| **David Messier**<br><br>**c/o Attorney Richard Cramer, 21 Oak Street, Suite 308, Hartford CT**<br><br>**(3 hours)** | **Will testify about messages and photographs he exchanged with Amber Foley and Angel Brown.** |
| **Geovanny Hernandez**<br><br>**Hartford, CT**<br><br>**(2 hours)** | **Will testify about messages and photographs he exchanged with Amber Foley** |
| **Forensic Examinations**<br><br>- **Craig Bowling, Computer Forensics Agent for his**<br>- **Sergeant George Clements, Meriden Police Department**<br><br>**(2 hours)** | **Bowling will testify about the extraction he performed from Amber Foley's cell phone in November 2019; Clements will testify about the extraction he performed from Amber Foley's cell phone in October 2017.** |
| **MeetMe Custodian of Records**<br><br>- **Lexi Peskin**<br><br>**(2 hours)** | **Will testify about business records kept by MeetMe in the ordinary course of business including records associated with Meet Me accounts for: Amber Foley; David Messier; Geovanny Hernandez; Angel Brown; Nick C and Ram M**<br><br>**MeetMe's custodian will also explain the documents provided in response to search warrants. d**<br><br>**MeetMe's custodian will also testify about MeetMe's business, how its** |

|  | **application works and where MeetMe's headquarters and servers are located.** |
|---|---|
|  |  |
|  |  |