UNITED STATES OF AMERICA
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 3:18CR333(VLB) |
| | : | |
| AMBER FOLEY | : | |
| | : | November 4, 2020 |

### JOINT MOTION TO CONTINUE THE PRE-TRIAL CONFERENCE

The parties in the above-captioned case submit this motion requesting a one-day continuance of the pre-trial conference scheduled for tomorrow at 1:00 p.m. The parties request the conference be re-scheduled for Friday, November 6, 2020, at any time convenient for the Court.

### Relevant Procedural Background

1.  At approximately 5:00 p.m. today, the Court issued an order for the parties to appear in-person for a pre-trial conference at 1:00 p.m.

2.  At approximately 7:00 p.m., Government counsel contacted the defendant's attorney, who was theretofore unaware of the order, to discuss the parties' availability for the pre-trial conference.

3.  Government's counsel currently has a meeting with the family of a minor victim in an unrelated case at 1:15 p.m. tomorrow. The meeting is to discuss the terms of an upcoming plea and to review the family's rights under the Crime Victim's Rights Act. In addition, the Government's counsel has a medical

appointment at 2:30 that was scheduled several months ago and would be difficult to re-schedule.

4. The defendant's counsel has a scheduled appointment at noon tomorrow at his office in New Haven. The appointment was made several weeks ago, and required coordinating with both the client, who works, and a defense team member (who is not a member of defense counsel's office). The meeting is important to defense counsel's representation in a different criminal matter, and to that client's right to the effective assistance of counsel. At the moment, it is unclear what the parties' collective next availability will be.

5. In conferring with Ms. Foley, the undersigned understands that she would need to leave the New Haven train station at approximately 8:15 am in order to appear in Hartford at 1:00 pm; the next scheduled train reportedly puts into the Hartford station at 1:19 pm. At this time, counsel cannot represent that necessary travel arrangements can be made and/or any necessary approvals obtained before Ms. Foley travels to Hartford.

6. Both the defendant's counsel and the Government's counsel are available any time after 9:00 am on Friday, November 6, 2020 for a pre-trial conference if there is time that is convenient for the Court.

## CONCLUSION

WHEREFORE, the Government and the defendant jointly request the Court to continue the pre-trial conference to Friday, November 6, 2020. Defense counsel would respectfully ask that if the requested relief is granted, if Chambers can e-

mail him first thing tomorrow so as to notify Ms. Foley she need not travel to Hartford and to ensure that she can make necessary arrangements for Friday.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Nancy V. Gifford*

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct16324
450 Main Street
Hartford, CT 06103
(860) 947-1101

MARIA DEL PILAR GONZALEZ
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30716
157 Church Street
New Haven, CT
(203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/
NANCY V. GIFFORD
ASSISTANT U.S. ATTORNEY