UNITED STATES OF AMERICA
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | :  3:18CR333(VLB) |
| | : |
| **AMBER FOLEY** | : |
| | :  November 9, 2020 |

### Motion to Request Information re: Public Access to Jury Selection

The next phase of jury selection is scheduled to take place in Courtroom 1, at the federal courthouse in Hartford, Connecticut at 9:30 tomorrow morning. The Government understands that there may be up to sixty-nine people present for jury selection and that those potential jurors will be dispersed among several courtrooms and/or deliberation rooms in the federal courthouse.

The Government files this motion requesting clarification regarding how the Court will ensure public access to the jury selection process. The Government is aware that, due to the COVID-19 pandemic, the Court has instituted safety protocols, such as limiting the number of people who may be present in the courtroom. The Government is aware that members of the public, including individuals in the United States Attorney's Office, may want to view the jury selection process.

The Government requests the Court to advise whether there will be public access in the courthouse. The Government and defense counsel are available for a telephone conference this afternoon/evening (with the exception of the time between 4:45 – 5:30p.m.) or tomorrow morning before jury selection to discuss this issue and any other logistical considerations related to jury selection.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Nancy V. Gifford*

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct16324
450 Main Street
Hartford, CT 06103
(860) 947-1101

MARIA DEL PILAR GONZALEZ
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30716
157 Church Street
New Haven, CT 06510
(203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/
NANCY V. GIFFORD
ASSISTANT U.S. ATTORNEY