Crim-Trial (2/5/2010)

HONORABLE: V. Bryant
DEPUTY CLERK J. Shafer      RPTR/ECRO/TAPE F. Velez, ECRO
TOTAL TIME: _____ hours  24  minutes   USPO _____ INTERPRETER _____
DATE: 11-10-2020   START TIME: 9:27 am   END TIME: 9:51 am
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:18-cr-333-VLB      Deft # _____

UNITED STATES OF AMERICA
vs
AMBER FOLEY

Nancy V. Gifford and Maria del Pilar Gonzalez
AUSA

Todd Allen Bussert
Defendant's Counsel

## CRIMINAL JURY SELECTION/CALENDAR CALL

- ☐ Deft _____ failed to appear. Bench Warrant to be issued.
- ☐ ☐ Call of the Calendar held ☐ Call of the Calendar over to _____
- ☒ ☐ Jury Selection held ☒ Jury Selection continued until TBD
- ☐ Grand Jury Selection : GJ # _____ Foreperson: _____ Deputy FP _____
- ☐....# ___ Deft _____ motion _____   ☐ granted ☐ denied ☐ advisement
- ☐....# ___ Deft _____ motion _____   ☐ granted ☐ denied ☐ advisement
- ☐....# ___ Deft _____ motion _____   ☐ granted ☐ denied ☐ advisement
- ☐....# ___ Govt's motion _____   ☐ granted ☐ denied ☐ advisement
- ☐....# ___ Govt's motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ Oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ Oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☒ Govt's oral motion to continue trial   ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☒ Selection continued for courthouse to be sanitized. Government will file a memo in support of the oral motion later today; defense will respond by 11-11-2020 at noon.
- ☒ 9 jurors present
- ☐ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☐ Voir Dire by Court
- ☐ Peremptory challenges exercised
- ☐ Jury of ___ and ___ alternates drawn ☐ and sworn ☐ Jury Trial commences
- ☐ Remaining jurors excused
- ☐ Trial continued until _____ at _____
- ☒ COPY TO: JURY CLERK